# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

## No: 16-9009

## In re: Paul R. Hansmeier

**SHOWCAUSE ORDER ON ATTORNEY DISCIPLINE**

From information which has been provided to the Clerk of this Court, it appears that Paul R. Hansmeier, a member of the Bar of this Court, has been suspended from the practice of law in the State of Minnesota. Enrollment as a member of the Bar of this Court and continued practice before this Court are normally conditioned upon an attorney's remaining in good standing before a state court.

Pursuant to Federal Rule of Appellate Procedure 46(b), it is ordered that Paul R. Hansmeier file a written response with the Clerk of this Court on or before October 6, 2016, and show good cause why he should not be suspended from further practice before this Court.

September 22, 2016

Order Entered at the Direction of Chief Judge William J. Riley:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans