# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-9009

In re: Paul R. Hansmeier

ORDER ON ATTORNEY DISCIPLINE

There has been no response to the court's order of 09/22/2016, requiring Paul R. Hansmeier to showcause as to why his membership in the bar of this court should not be suspended. It is hereby ordered that Paul R. Hansmeier be suspended from the practice of law before this court until such time as he provides this court with verification of his reinstatement to the bar of the Supreme Court of Minnesota.

October 21, 2016

Order Entered at the Direction of Chief Judge William J. Riley:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans